

ORDERED UNSEALED on 10/08/2021   s/ TrishaF

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '21 MJ4010 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF |
| v. | Title 21, U.S.C., Sec. 841(a)(1)—Possession of Methamphetamine with Intent to Distribute; |
| JAIME RAYMUNDO MURILLO, | |
| Defendant. | Title 18, U.S.C., Sec. 922(g)—Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

### Count 1

On or about September 16, 2021, within the Southern District of California, JAIME RAYMUNDO MURILLO, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

### Count 2

On or about September 16, 2021, within the Southern District of California, defendant, JAIME RAYMUNDO MURILLO, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, to wit: a Glock 30 .45 caliber handgun with an obliterated serial number, said

firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

The complainant states that this complaint is based on the attached probable cause statement incorporated herein by reference.

WHITNEY D FABER
Digitally signed by WHITNEY D FABER
Date: 2021.10.04 15:39:28 -07'00'

Special Agent Whitney Faber
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 4th day of October 2021.

HON ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

# **PROBABLE CAUSE STATEMENT**

I, Whitney D. Faber, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

**A.     Identification of Shipment to San Diego Containing Methamphetamine**

On August 25, 2021, a shipment (FedEx air waybill (AWB) #282975947126) consisting of a pallet affixed with items manifested as "CERAMIC BATHROOM SET 4 PIECES DISPENSERS DISHES 60 PCS" arrived from Mexico for customs inspection at FedEx international shipping facility in Memphis, Tennessee (the "Shipment").

The Shipment was selected for an intensive exam by Customs and Border Protection Officer (CBPO) Flores. An x-ray inspection of the Shipment yielded discrepancies within the pallet and a Customs and Border Protection (CBP) narcotics detection dog alerted to the presence of narcotics within the pallet.

An intrusive inspection of the pallet resulted in the discovery of a white substance concealed within the pallet. A sample of the white substance concealed within the pallet field-tested positive for the properties of methamphetamine.

CBP notified HSI Memphis via email and the Shipment was held intact. The Shipment was seized under FP&F number 2021209500377901 by CBPO Delgado and turned over to the seized property custodian.

According to the customs documents associated with the Shipment, the sender was identified as CARLOS LOPEZ RODRIGUEZ at CALZADA DE LOS ARCOS 8, QE, QUERETARO, 76000, MEXICO. The documents identified the consignee was identified as SEAN MICHAEL HUSTON 7431 LEDGEWOOD PL, SAN DIGO, CA 92114, UNITED STATES OF AMERICA with phone number (619) 309-3777.

**B.     Arranging Controlled Delivery of Package Containing Methamphetamine**

On September 8, 2021, HSI Memphis agents contacted HSI San Diego to arrange a controlled delivery of the Shipment to the address listed. HSI Memphis then took custody of the Shipment including the manifested items and pallet containing the concealed narcotics. HSI Memphis then shrink-wrapped the Shipment containing the seized items

and necessary seizure paperwork. HSI Memphis mailed the shrink-wrapped Shipment via FedEx to the HSI Deputy Special Agent in Charge office in San Diego, CA. HSI San Ysidro received the Shipment and it was secured in an approved Drug Enforcement Administration (DEA) vault.

Record checks and surveillance of 7431 Ledgewood Pl, San Diego, CA 92114, revealed a possible resident identified as JAIME RAYMUNDO MURILLO. In particular, on September 8, 2021, agents observed a black Ford pickup bearing California license plate 8F38506 parked in the driveway of 7431 Ledgewood Pl. 8F38506 is registered to MURILLO at 7431 Ledgewood Pl. Again, on September 9, 2021, agents observed the black Ford pickup parked in front of 7431 Ledgewood Pl while the garage door was open.

Record checks and surveillance revealed that the consignee identified on the customs paperwork, Sean Michael Huston (charged elsewhere), is a resident of the 7349 Gatewood Ln, San Diego, CA 92114. 7349 Gatewood Ln is approximately 0.3 miles south of 7431 Ledgewood Pl in the same neighborhood.

Based on my training and experience, I have learned that it is common practice for narcotics dealers, users, and facilitators use aliases to conceal or obscure their true identity and/or distance themselves from their criminal conduct. Further, it is common practice for narcotics dealers, users, and facilitators to work with coconspirators and/or to use false addresses to obfuscate their criminal activity.

On September 14, 2021, agents called the consignee's telephone number, (619) 309-3777 to arrange for delivery of the Shipment. A female answered and identified herself as the consignee's wife, "Kendell." She initially claimed her address to be 7439 Gatewood Ln.  She stated that the shipment was for her husband. Agents read the full address as listed on the manifest, 7431 Ledgewood Pl, San Diego, CA 92114 and asked the female to verify. The female verified the delivery for the Shipment at 7431 Ledgewood Pl, in contradiction with her initial statement. She stated that her husband would call back to arrange delivery.

On September 14, 2021, a male claiming to be Huston called agents and agreed to a delivery window on September 16, 2021, from 9:00 AM to 11:00 AM. Based on the

information above, on September 15, 2021, agents obtained an anticipatory search warrant for 7431 Ledgewood Pl, San Diego, CA 92114 signed by the Honorable Daniel E. Butcher, United States Magistrate Judge.

**C.    Controlled Delivery of the Shipment and Search of 7431 Ledgewood Place**

On September 16, 2021, at approximately 11:30 AM, HSI agents conducted a controlled delivery utilizing an undercover agent (UC) of the Shipment to 7431 Ledgewood Pl. A person claiming to be "Sean" accepted the Shipment by signing two documents and directed the UC to place it in the garage.

A short time later, the individual who accepted the package and claimed to be Sean departed 7431 Ledgewood Pl in the black Ford pickup bearing California license plate 8F38506 observed during previous surveillance. A traffic stop was initiated by San Diego County Sheriffs and the driver, identified as MURILLO, was placed under arrest.

During the traffic stop, prior to being informed of his Miranda rights, MURILLO was asked if there was anything weapons or other threats at his residence. MURILLO stated there were two handguns in the master bedroom. MURILLO stated the handguns are not registered because he is not legally permitted to own them.

The UC was shown a photograph of MURILLO taken during the traffic stop and positively identified him as the person who claimed to be "Sean" and accepted the Shipment at 7431 Ledgewood Pl.

Shortly after the traffic stop, agents executed the anticipatory search warrant on 7431 Ledgewood Pl. In the garage, agents found the Shipment that had just been delivered. The only occupant of the residence at the time of execution was identified as Ruby J. who claimed to be MURILLO's wife. Ruby J. was detained. Agents discovered approximately 6.5 kilograms of methamphetamine concealed within the Shipment. Inside the residence at 7431 Ledgewood Pl., agents also discovered the following items:

- An additional 31.23 grams (0.07 pounds) of methamphetamine;
- 36.05 grams (0.08 pounds) of suspected fentanyl;
- Glock 30 .45 caliber handgun with an obliterated serial number;

- Smith and Wesson M&P 9 Shield 9-millimeter handgun with serial number HZZ2126;
- Maverick Arms Model 88 12-gauge shotgun with serial number MV0464480;
- Anderson Manufacturing AM-15 rifle with serial number 20274295;
- J Stevens Arms Co Model 66-B .22 caliber rifle;
- Three (3) AR15 Magazines;
- Two (2) Smith and Wesson M&P9 Shield Magazines;
- Two (2) Glock 30 magazines;
- Four (4) rounds of .223 Remington ammunition;
- Five (5) rounds of 9mm ammunition;
- Eighty (80) rounds of .223 Remington ammunition;
- Fifty-one (51) rounds of .45 ACP ammunition;
- Seventeen (17) rounds of .45 ACP ammunition;
- Fifteen (15) rounds of 9mm ammunition;
- Forty-three (43) rounds of 12-gauge ammunition;
- Two hundred twenty-four (224) rounds of .22 caliber ammunition;
- Two (2) rounds of 7.62 x 39mm ammunition;

The Smith and Wesson M&P 9 Shield 9-millimeter handgun with serial number HZZ2126 was discovered in master bedroom in the bottom bed storage drawer. The Glock 30 .45 caliber handgun with an obliterated serial number was discovered in the master bedroom in a nightstand containing men's clothing adjacent to the bed. The Maverick Arms Model 88 12-gauge shotgun with serial number MV0464480 was discovered in master bedroom underneath the bed. The Anderson Manufacturing AM-15 rifle with serial number 20274295 was discovered in garage concealed within a lawn chair bag inside a toolbox. Post-*Miranda*, while being detained MURILLO claimed ownership of the toolbox.

I have conferred with an agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives about the firearms found at 7431 Ledgewood Pl and learned that Smith and Wesson M&P 9 Shield 9-millimeter handguns are generally manufactured in Springfield, Illinois, Glock 30 .45 caliber handguns are generally manufactured in either Smryna,

Georgia or Deutsch-Wagram, Austria, Maverick Arms Model 88 12-gauge shotguns are generally manufactured in Eagle Pass, Texas, and Anderson Manufacturing AM-15 rifles are generally manufactured in Hebron, Kentucky. Based on this information, there is probable cause to believe that each of the firearms found in MURILLO's residence were shipped and transported

### D. Post-*Miranda* Interview of MURILLO

On September 16, 2021, at approximately 12:52 PM, I, HSI Special Agent Whitney Faber informed Jaime Raymundo M. of his *Miranda* rights in the English language as witnessed by San Diego Sheriff Detective Douglas Morse. MURILLO acknowledged his rights orally and agreed to answer questions without a lawyer present.

MURILLO stated that he accepted the Shipment on behalf of his friend, Sean Michael Huston. MURILLO stated that he expected to be paid an unknown amount of money by Huston for accepting the Shipment. MURILLO stated that he expected Huston to retrieve the Shipment later that day. MURILLO stated that Huston told him the Shipment contained pottery. MURILLO stated he believed the Shipment to contain something other than pottery, likely drugs. MURILLO stated that he knows Huston is involved in trafficking guns and drugs.

### E. MURILLO's Status as a Felon

From a review of databases containing information regarding MURILLO's criminal history, I am aware that MURILLO has been convicted of an offense punishable by more than one year in prison. For example, on or about July 17, 2013, MURILLO was convicted of a violation of California Health and Safety Code 12021(A)(1), Felon/Etc. Possess Firearm and a violation of California Penal Code Section 422, Threaten Crime with Intent to Terrorize and sentenced to two years confinement. Again, on or about November 16, 2015, MURILLO was convicted of a violation of California Penal Code 29800(A)(1), Felon/Addict Poss/Etc Firearm and sentenced to thirty-two (32) months confinement.